**SEALED**

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

2016 FEB 18  PM 4: 55

DEPUTY CLERK _____

UNITED STATES OF AMERICA

v.

RICHARD ROBERT CESARIO (01)
JOHN PAUL COOPER (02)

No.    **3 - 16 C R - 0 6 0 - M**

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney for the Northern District of Texas, moves for an order sealing the Indictment returned by the grand jury in the above-captioned criminal case. The government requests that the Indictment remain sealed until such time as all defendants are apprehended, or until further order of the Court. The government believes that the public release of the names of indicted defendants who have not been apprehended would undermine the pursuit of justice.

The government, however, will request that the case against an individual defendant be unsealed upon the apprehension and appearance of that defendant. The government also requests that it be allowed to provide an apprehended defendant with a copy of the Indictment with the names of other defendants who have not been apprehended, as well as any charge that does not affect the apprehended defendant, redacted.

JOHN R. PARKER
UNITED STATES ATTORNEY


/s/ *Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8604
Facsimile:   214-659-8802
douglas.brasher@usdoj.gov