**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:16-cr-00060-M |
| | § | |
| JOHN PAUL COOPER (2) | § | |
| WALTER NEIL SIMMONS (3) | § | |
| WILLIAM FRANK ELDER-QUINTANA (4) | § | |
| JEFFRY DOBBS COCKERELL (7) | § | |
| STEVEN BERNARD KUPER (8) | § | |
| MICHAEL JOHN KISELAK (12), | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Government's Pretrial Motion for Discovery Regarding Advice-of-Counsel Defenses. [ECF No. 571]. The Government has filed a Motion in Limine to exclude evidence related to advice-of-counsel defenses. [ECF No. 567]. To supplement that Motion, the Government seeks discovery regarding counsel not named in the Motion on whose advice Defendants intend to pursue an advice-of-counsel defense. Defendants Cooper and Kiselak have represented to the Government that they do not intend to pursue an advice-of-counsel defense with respect to any counsel not already named in the Government's Motion in Limine. Defendants Kuper and Elder-Quintana similarly represent that they will not pursue an advice-of-counsel defense with respect to any counsel not named in the Government's Motion in Limine. The remaining Defendants have not responded.

Accordingly, the Government's Pretrial Motion for Discovery is **DENIED AS MOOT** with respect to Defendants Cooper, Elder-Quintana, Kuper, and Kiselak. The Government's Pretrial Motion for Discovery is **GRANTED** with respect to the remaining Defendants. It is **ORDERED** that Defendants Simmons and Cockerell shall disclose to the Government by August 28, 2019 the identities of counsel, if any, on whose advice they intend to rely to establish an advice-

of-counsel defense who have not already been identified in the Government's Motion in Limine. If they identify such other counsel, Defendants shall provide written waivers of the attorney-client privilege and produce discovery related to that advice to the Government by September 6, 2019.

**SO ORDERED**

August 22, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE