IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:16-CR-60-M |
| JOHN PAUL COOPER (02)<br>WALTER NEIL SIMMONS (03)<br>WILLIAM F. ELDER-QUINTANA (04) | |

**NOTICE OF INTENT TO RETRY
DEFENDANTS SIMMONS AND ELDER-QUINTANA**

The government provides this notice to the Court and to the parties that it intends to retry defendants Walter Neil Simmons and William F. Elder-Quintana on Counts 1, and Counts 31-34, respectively, of the second superseding indictment. The government does not intend to retry defendant John Paul Cooper on any Count on which the jury was unable to reach a unanimous verdict and will shortly move to dismiss those Counts.

The government may seek a superseding indictment to streamline the remaining Counts. The government is not opposed to separate trials for Dr. Simmons and Dr. Elder and, if given the option, would elect to try Dr. Elder first. The government anticipates that a trial of Dr. Elder would take approximately four trial days and a trial of Dr. Simmons would take approximately seven trial days. The government can be ready for retrial as soon as the Court's calendar permits.

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8604
Email:  douglas.brasher@usdoj.gov

*/s/ Renee M. Hunter*
RENEE M. HUNTER
Assistant United States Attorney
Texas State Bar No. 24072942
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8798
Email: renee.hunter@usdoj.gov

*/s/ Ryan Raybould*
RYAN RAYBOULD
Assistant United States Attorney
Kansas State Bar No. 25429
1100 Commerce Street, 3rd Floor
Dallas, Texas  75242
Telephone:   214-659-8713
Email: ryan.raybould2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I electronically filed the foregoing notice with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to counsel of record for all defendants.

*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER