Certified # 7015 0640 0007 1454 5086

No. 3:16-CR-00060-M (John Paul Cooper)

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED NOV 12 2020 CLERK, U.S. DISTRICT COURT By ___ Deputy*

November 5th, 2020

Dear Honorable Chief Judge Lynn,

I am writing you on the matter of newly discovered evidence that was not available at the time of Trial in your court room (Oct 15-Dec 19, 2019) for myself and Dr. Simmon, Dr. Elder.

Currently I have no representation to preserve this new evidence (which would be in the form of 3 depositions). I am on appeal and Pro Se as it relates to what I understand would be a Rule 15(a) preservation depositions. As of today I do have full contact information on these 3. I feel this evidence is compelling and would not ask for its preservation if it were not. I do not have access to a law library, law degree, and asking for this evidence be preserved now. I am not asking for a new trial simple representation (attorney) to handle the matter of these depositions. As I can be moved at any point in the jail I still sit in for last 3 months please use the following address of my

attorney for my appeal to respond to my request.

Mr. Robert Clary, PLLC
Attorney at Law
405 Winward Dr.
Murphy, Tx 75094

I am sure the marshals have my current location. As of today November 5th 2020 I am housed at:

    Johnson County Correctional Center
Attn: John Paul Cooper (202000536)
    1800 Ridge Mar Dr.
    Cleburne, Tx 76031

I would also request a copy of the courts reply sent to my current housing on the day it is sent out from court. This is a preservation request, nothing to do with appeal.
    Thank You for your timely response in this matter.

    Sincerely, John Paul Cooper
    USM# 53895177

JCCC
Cooper, John (20200053c)
1800 Ridge Mar Dr
Cleburne, TX 76031



7015 0640 0007 1456 5096

Northern District Court
Dallas Division
1100 Commerce St.
Dallas, TX 75242-1003
c/o: Court Room 1516
Judge Barbara M. G. Lynn

75242-102799



RECEIVED
NOV 12 2020
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

10 NOV 2020 PM 9 L
$6.40
R2304M115156-17

CLEBURNE
NOV 10 2020
USPS